# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-50284
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 9, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE LUIS MEDINA-AVALOS,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:16-CR-1108-1

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

Jose Luis Medina-Avalos appeals the 77-month sentence imposed after his guilty plea conviction for illegal reentry after deportation. Medina-Avalos argues that 8 U.S.C. § 1326(b)(2) is unconstitutional because he was sentenced based on a prior conviction that was not charged in his indictment. He reasons that his sentence should have been no greater than the two-year statutory maximum provided under Section 1326(a).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-50284

Acknowledging that his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), Medina-Avalos contends that the Supreme Court has questioned that ruling in *Apprendi v. New Jersey*, 530 U.S. 466 (2000), and *Alleyne v. United States*, 570 U.S. 99 (2013). He therefore wishes to preserve his claim for possible future review.

The Government has moved for summary affirmance or, alternatively, an extension of time to file a brief. Summary affirmance is appropriate when, among other instances, "the position of one of the parties is clearly right as a matter of law so that there can be no substantial question as to the outcome of the case." *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

As Medina-Avalos concedes, his sole claim is foreclosed by *Almendarez-Torres*. *Apprendi* and *Alleyne* did not overrule *Almendarez-Torres*. *United States v. Wallace*, 759 F.3d 486, 497 (5th Cir. 2014); *United States v. Juarez-Duarte*, 513 F.3d 204, 211 (5th Cir. 2008).

In light of the foregoing, the Government's motion for summary affirmance is GRANTED, and the judgment is AFFIRMED. The Government's alternative motion for an extension of time to file a brief is DENIED.